**BARRY GENE RHODES**
Attorney at Law
16 Court Street
Brooklyn, New York 11241
Telephone (718) 624-3784

January 18, 2006

Hon. Allyne R. Ross
Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>United States v. Karen Seelal</u>
04 CR 289

Dear Judge Ross:

You sentenced Karen Seelal to a term of probation on July 21, 2004. Part of his conditions of probation included payment of restitution.

He is the potential recipient of a large contract involving Katrina rehabilitation, but his corporation, Ka-Se Trucking, needs a loan to get this moving. The lender is Legacy Capital Corp., which has advised Mr. Seelal that it will not process the loan unless he presents his passport.

The passport is at Pre-Trial Services, which will not release it, even temporarily, without Your Honor's approval.

I am writing, therefore, to request from Your Honor permission for Mr. Seelal to have his passport for at least two weeks so that he can process his loan and perhaps be awarded the contract.

Respectfully yours,

BARRY GENE RHODES

BGR:ck

cc: AUSA John D. Buretta
 USPO Amy Preston
 USPTSO Desiree Melendez

*With the consent of the government, the application is granted.*

*So ordered.*
*1/26/06*
*/s/ ARR, USDJ*